# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NANCY F. SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1240** |
| **KILOLO KIJAKAZI,** <br> **COMMISSIONER OF SOCIAL SECURITY** | **SECTION "I" (3)** |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendant's Cross-Motion for Summary Judgment [1] is **GRANTED**, the Plaintiff's Motion for Summary Judgment [2] is **DENIED**, and the Plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of July, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 18
[2] Rec. Doc. No. 16